```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
SYNGENTA CROP PROTECTION, LLC,           :       18cv715(DLC)
                                         :
                    Plaintiff,           :         ORDER
         -v-                             :
                                         :
INSURANCE COMPANY OF NORTH AMERICA,      :
INC., CENTURY INDEMNITY COMPANY, and     :
ACE PROPERTY AND CASUALTY INSURANCE      :
COMPANY,                                 :
                                         :
                    Defendants.          :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On January 5, 2021, defendants filed a motion to confirm an arbitration award issued on January 6, 2020.  It is hereby

ORDERED that the plaintiff shall file any opposition to the defendants' motion to confirm the arbitration award by **February 17, 2021.**

IT IS FURTHER ORDERED that the defendants shall file any reply in support of their motion by **March 3, 2021.**

IT IS FURTHER ORDERED that no courtesy copies need be mailed.

Dated:    New York, New York
          January 6, 2021

                              _____
                                    DENISE COTE
                              United States District Judge