```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
SYNGENTA CROP PROTECTION, LLC,           :        18cv715(DLC)
                                         :
                    Plaintiff,           :        ORDER
            -v-                          :
                                         :
INSURANCE COMPANY OF NORTH AMERICA,      :
INC., CENTURY INDEMNITY COMPANY, and     :
ACE PROPERTY AND CASUALTY INSURANCE      :
COMPANY,                                 :
                                         :
                    Defendants.          :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On January 5, 2021, the defendants filed a motion to confirm an arbitration award issued on January 6, 2020 and requested that the motion be held in abeyance. An Order of January 6, 2021 set an elongated briefing schedule for the motion. In a letter of January 19, the defendants requested that their motion to confirm an arbitration award be held in abeyance.

The Southern District of New York's Local Rules provide that opposition briefs are due two weeks from the filing of a motion. Local Civil Rule 6(b). The January 6 Order extended that schedule to provide the parties with an opportunity to resolve their dispute without the need for further litigation. Understanding from the January 19 letter that the parties require additional time, it is hereby

ORDERED that the request to hold the defendants' motion to confirm an arbitration award in abeyance is denied.

IT IS FURTHER ORDERED that any opposition to the motion is due **March 19, 2021,** and any reply is due **April 9, 2021.**

Dated:    New York, New York
          January 20, 2021

```
            _____
                   DENISE COTE
            United States District Judge
```