

One Grand Central Place  Tel 212.689.8808
60 East 42nd Street, 48th Floor  Fax 212.689.5101
New York, New York 10165  www.hnrklaw.com

jblosveren@hnrklaw.com

March 19, 2021

**VIA ECF**

Honorable Denise L. Cote
United States District Judge
United States Courthouse
500 Pearl Street, Room 1040
New York, NY 10007



**Re:** *Syngenta Crop Protection, LLC v. Ins. Co. of N. Am., et al.*, No. 18-CV-715 (DLC): **Request to File Documents Under Seal**

Dear Judge Cote:

This firm represents Plaintiff Syngenta Crop Protection, LLC ("Syngenta") in the above-captioned action. In accordance with Your Honor's January 20, 2021 Order (Dkt No. 62), Syngenta is today filing its opposition to Defendant's motion to confirm the arbitration award.

Pursuant to Rule 8 of Your Honor's Rules, we write to request that the Court permit Syngenta to (a) file redacted versions of its Memorandum of Law in Opposition to Defendants' Motion to Confirm the Arbitration Award and the Declaration of Joshua L. Blosveren in opposition to that same motion and (b) file the arbitral award at issue (the "Award") under seal.

We make the request for the same reasons stated in Defendants' January 5, 2021 letter requesting to seal their Motion to Confirm Arbitration Award (Dkt. No. 53), which was granted on January 6, 2021 (Dkt. No. 60). Those reasons are, namely, that: (1) the action concerns a dispute relating to a settlement agreement containing a confidentiality provision; (2) the parties have always diligently sought to preserve the confidentiality of the settlement agreement; (3) this Court previously granted a request by Defendants to file under seal a redacted copy of the settlement agreement (Dkt. No. 20); and (4) the Award that Defendants have moved to confirm contains a detailed discussion of certain terms of the settlement agreement.

For these reasons, Syngenta respectfully requests that the Court permit it to file redacted versions of its Memorandum of Law in Opposition to Defendants' Motion to Confirm the Arbitration Award and the Declaration of Joshua L. Blosveren in opposition to that motion and to file the Award under seal.

```
The proposed redactions are
approved.  The motion to seal
the arbitration award at issue is
granted. 3.22.21.
```

_____
DENISE COTE
United States District Judge

Hon. Denise L. Cote
March 19, 2021
Page 2



Pursuant to Your Honor's January Order January 6, 2021 we are not mailing courtesy copies to chambers of the documents we propose filing under seal.  Please let us know if Your Honor would like us to email a courtesy copy to chambers.

Thank you for your consideration.

    Respectfully submitted,

    Joshua L. Blosveren

Enclosure

cc:    All Counsel of Record (via ECF)

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SYNGENTA CROP PROTECTION, LLC,<br><br>                                    Plaintiff,<br><br>-against-<br><br>INSURANCE COMPANY OF NORTH AMERICA, INC., CENTURY INDEMNITY COMPANY, AND ACE PROPERTY & CASUALTY INSURANCE COMPANY,<br><br>                                 Defendants. | Civil Action No.: 18-CV-715(DLC) |

## **ORDER**

AND NOW, this _____ day of _____, 2021, upon consideration of the Plaintiff's Motion to Seal, it is hereby ORDERED that said Motion is GRANTED. Plaintiff may file redacted versions of its Memorandum of Law in Opposition to the Motion to Confirm the Arbitration Award and the Declaration of Joshua L. Blosveren in Opposition to Defendants' Motion to Confirm the Arbitration Award. In addition, Plaintiff may file under seal a copy of the arbitral award at issue. Such documents shall be filed under seal and shall remain confidential and under seal until further order of this Court.

                                                                                                    _____
                                                                                                      COTE, U.S.D.J.