

**Robert F. Walsh**

1650 Market Street | One Liberty Place, Suite 1800 | Philadelphia, PA 19103-7395
Direct 215.864.7045 | Fax 215.399.9618

7 Times Square| Suite 2900 | New York, NY 10036-6524
Direct 212.244.9500 | Fax 215.399.9618
walshr@whiteandwilliams.com | whiteandwilliams.com

April 8, 2021

*via* **ECF**

Honorable Denise L. Cote
United States District Judge
United States Courthouse
500 Pearl Street, Room 1040
New York, NY 10007



**RE:** *Syngenta Crop Protection, LLC v. Ins. Co. of N. Am., et al.*,
No. 18-CV-715 (DLC)
<u>MOTION TO FILE DOCUMENTS UNDER SEAL</u>

Dear Judge Cote:

We represent the defendants, Insurance Company of North America, Inc., Century Indemnity Company, and ACE Property Casualty Insurance Company (hereinafter collectively "INA Companies") in this action.

The INA Companies are preparing to file their reply papers for their Motion To Confirm Arbitration Award [ECF No. 54.] We are writing pursuant to Rule 8 of Your Honor's Rules to request that the Court permit the INA Companies to file redacted versions of "Defendants' Reply Brief in Support of Defendants' Motion to Confirm Arbitration Award" and the Declaration of Robert F. Walsh in Further Support of Defendants' Motion to Confirm Arbitration Award." In addition, Defendants request to file copies of Exhibits "A," "B" and "C" of the Walsh Declaration under seal.

The Court has previously granted the INA Companies' motion to file redacted or sealed versions of the documents submitted in connection with the INA Companies' Motion to Confirm Arbitration Award. (*See* sealing order at ECF No. 60.) Like the initial moving papers, the reply brief and Declaration contain discussion of the contents of the sealed Arbitration Award. Also Exhibits "A"- "C" of the Declaration are filings submitted in the arbitration that are replete with discussion of the sealed Arbitration Award and the underlying confidential settlement agreement that was the subject of the arbitration. Thus, we submit that the reasons the Court granted the INA Companies' motion to redact or seal portions of the initial moving papers apply equally to the reply papers.

**Honorable Denise L. Cote**
**April 8, 2021**
**Page 2**

      Therefore, the INA Companies respectfully request that the Court permit them to: (1) file redacted versions of (a) "Defendants' Reply Brief in Support of Defendants' Motion to Confirm Arbitration Award; and (b) the "Declaration of Robert F. Walsh In Further Support of Defendants' Motion to Confirm Arbitration Award;"; and (2) file Exhibits "A," "B" and "C" of the Walsh Declaration under seal.

      Thank you for your consideration of this correspondence.

                                     Respectfully submitted,

                                     WHITE AND WILLIAMS LLP

                                     s/Robert F. Walsh

                       BY:   Robert F. Walsh

Enclosures
cc:    Counsel for Plaintiff Syngenta (*via* ECF)

The proposed redactions are approved, and the motion to seal is granted.  4.12.21.

_____
DENISE COTE
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SYNGENTA CROP PROTECTION LLC,<br><br>Plaintiff,<br><br>-against-<br><br>INSURANCE COMPANY OF NORTH AMERICA, INC., CENTURY INDEMNITY COMPANY, AND ACE PROPERTY & CASUALTY INSURANCE COMPANY,<br><br>Defendants. | No. 18-CV-715 (DLC) |

## ORDER

AND NOW, this _____ day of _____, 2021, upon consideration of the Defendants' Motion to Seal, it is hereby ORDERED that said Motion is GRANTED. Defendants may file redacted versions of (1) "Defendants' Reply Brief in Support of Motion to Confirm Arbitration Award" and (2) the "Declaration of Robert F. Walsh in Further Support of Defendants' Motion to Confirm Arbitration Award."  In addition, Defendants may file under seal copies of Exhibits "A," "B" and "C" of the Walsh Declaration.  Such documents shall be filed under seal and shall remain confidential and under seal until further order of this Court.

UNITED STATES DISTRICT COURT

_____
J.