**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
SYNGENTA CROP PROTECTION, LLC,

                Plaintiff,                       18 **CIVIL** 715 (DLC)

         -against-                          **JUDGMENT**

INSURANCE COMPANY OF NORTH AMERICA,
INC., CENTURY INDEMNITY COMPANY, and
ACE PROPERTY AND CASUALTY INSURANCE
COMPANY,

                Defendants.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated April 23, 2021, INA's January 5, 2021 motion to confirm the Award is granted; judgment is entered for the defendants, and the case is closed**.**

**Dated**: New York, New York
        April 26, 2021

                                            **RUBY J. KRAJICK**
                                            _____
                                            **Clerk of Court**
                              **BY:** _____
                                            **Deputy Clerk**